```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF FLORIDA
               CASE No. 8:16 CR 177 T 17TGW
```

UNITED STATES OF AMERICA

        Plaintiff,
v.                         February 24, 2017
                              11:48 a.m.

JOSE LUIS LOPEZ SAUCEDO

        Defendant.
_____/

```
             TRANSCRIPT OF SENTENCING PROCEEDING
        BEFORE THE HONORABLE ELIZABETH A. KOVACHEVICH
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:      REBECCA CASTENADO
                            Assistant U.S. Attorney
                            U.S. Attorney's Office
                            400 North Tampa St.,
                            Ste. 3200
                            Tampa, FL 33602

For the Defendant:       ALEC HALL
                            Assistant Federal Public
                            Defender
                            400 North Tampa St.
                            Tampa, FL  33602

```
Reported By:          Sandra K. Provenzano, RPR
                      Official Court Reporter
                      U.S. District Court
                      801 North Florida Avenue
                      Tampa, FL 33602
                      (813) 727-4696

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION
```

```
 1                    P R O C E E D I N G
 2            THE COURT:  Saucedo.
 3            We ready to go?
 4            MR. HALL:  Yes, thank you.
 5            THE COURT:  This is case number -- interpreter,
 6   raise your right hand to be sworn.
 7            COURTROOM DEPUTY:  Do you solemnly swear that you
 8   will justly, truly, fairly and impartially act as an
 9   interpreter in the case now before the Court so help you God.
10            THE INTERPRETER:  I do.  Xavier Keogh, K-E-O-G-H.
11            THE COURT:  Okay.  Ascertain you are able to
12   speak with the defendant in the Spanish language.
13            THE INTERPRETER:  Yes.
14            THE COURT:  You understand him?  Okay.  Is the
15   interpreter acceptable to you, Mr. Hall?
16            MR. HALL:  Yes.  One of the world's finest.
17            THE COURT:  Noted for the record.
18            Acceptable to you, Ms. Castaneda?
19            MS. CASTENADA:  Yes, Your Honor.
20            THE COURT:  Okay.  Fine.  I'll call the case.
21   This is case No. 8:16 criminal 177 United States of America
22   represented by Assistant U.S. Attorney Rebecca Castaneda
23   versus Jose Luis Lopez Saucedo, represented by his attorney
24   Alec Hall.
25            Please bear with me, I have to read the script.
```

1   Jose Luis Lopez Saucedo, on July 6, 2016, you entered a plea
2   of guilty to Count I of the indictment charging you with
3   conspiracy to possess with intent to distribute five
4   kilograms or more of cocaine while aboard a vessel subject to
5   the jurisdiction of the United States, in violation of Title
6   46 United States Code Section 70503, 70506A and 70506B and
7   Title 21 United States Code Section 960(b)(1)(B)(ii).
8           The Court's previously accepted your guilty plea
9   and adjudicated you guilty of that offense.  It's the duty of
10  the Court to address several questions.  First, Mr. Saucedo,
11  have you had an opportunity to read and discuss the
12  presentence report prepared November 29, 2016, and revised
13  February 15, 2017, with your attorney Mr. Hall?
14          THE DEFENDANT:  Yes.
15          THE COURT:  Mr. Hall, have you been over those
16  documents with your client?
17          MR. HALL:  Yes.
18          THE COURT:  Have you read them, Ms. Castaneda?
19          MS. CASTENADA:  I have, Your Honor.
20          THE COURT:  The Court notes there's no addendum
21  to the presentence report.  At the present time are there any
22  objections as to the factual accuracy of the report or as to
23  the application of the guidelines by the probation office?
24  Mr. Hall?
25          MR. HALL:  No, Judge.

```
1                THE COURT:  Ms. Castaneda.
2                MS. CASTENADA:  No, Your Honor.
3                THE COURT:  There being no objections to the
4    factual statements or the guidelines calculations contained
5    in the presentence report, the Court adopts those statements
6    as its findings of fact and determines the advisory
7    guidelines are:  This is where we begin.
8                Total offense level 35.  Criminal history
9    category Roman I, 168 to 210 months imprisonment, five years
10   supervised release.  Restitution's not applicable.
11               Forty thousand to $10 million fine.
12               $100 special assessment, over which I have no
13   control.
14               Do you know of any legal reason why this Court
15   should not now proceed with imposition of sentence?  Any
16   legal reason?
17               MR. HALL:  I'm ready.
18               THE COURT:  Any legal reason?
19               MS. CASTENADA:  No, Your Honor.
20               THE COURT:  Do you wish to make a statement or to
21   present any information in mitigation of sentence?  Is there
22   a government motion?
23               MS. CASTENADA:  There is not.
24               THE COURT:  Is there one anticipated?
25               MS. CASTENADA:  There is not.
```

```
 1              THE COURT:  Go right ahead, Mr. Hall.
 2              MR. HALL:  Thank you so much, Judge.  Even though
 3    I calculated his advisory guideline range in this case as 35
 4    and a I, the advisory range of incarceration of 168 to
 5    210 months, I'm going to ask, Judge, if you would downward
 6    vary two levels to a 33 and I.  135 to 168 months
 7    incarceration.
 8              I'm asking, Judge, if you will sentence my client
 9    Mr. Lopez Saucedo to 135 months incarceration in this case.
10    Section 3553(a)(6) speaks of avoiding unwarranted sentencing
11    disparities.  I'm aware that his co-defendants in this case
12    received -- I believe I have it right -- 120 months.  In this
13    case he is the captain and is properly scored as such at
14    paragraph 16 of the PSI.
15              And at the end of the day as the captain, I would
16    agree he should get a higher sentence.  That's historically
17    what's gone on in this district.  Captain gets the higher
18    sentence.  I'm asking, Judge, that you give 135 months
19    because that be would a higher sentence than what his
20    co-defendants received in this case.
21              I make my argument in conjunction with -- if you
22    look at paragraph -- well, page three of the PSI.  I have
23    done these cases for a long time now.  This case is somewhat
24    different.  I've never had a 24-year-old be a captain on a
25    boat.  So it's history for me.
```

1                I think, Judge, if you sentence him to 135 months
2     incarceration in this case, this young man at the age of 24,
3     no doubt you have his attention.  The Caribbean and the
4     Pacific are being monitored.  If he's a repeat offender, I
5     think I can predict fairly accurately he's going to get
6     punished severely the next time he comes back, if not
7     warehoused for the rest of his life.
8                I think, Judge K, you certainly have his
9     attention.  I think a 135-month sentence in this case would
10    accomplish all the factors arrayed in Section 3553A,
11    specifically punishment of Mr. Lopez Saucedo and promote
12    respect of the law.  I would hope he would not be back in
13    front of Your Honor or anyone for any type of criminal
14    activity once he finishes the prison sentence in this case.
15               His family history is noted in the PSI.  Raised
16    by a single mother.
17               THE COURT:  His father was lost at sea.
18               MR. HALL:  I saw that.
19               THE COURT:  That almost happened to you.
20               MR. HALL:  He started fishing at the age of six.
21    I think his highest grade of education is 5th grade, Judge.
22    But he's able to read and write, things of that nature.
23               So at age 24 he really hasn't lived or
24    experienced life.  And now he's facing a significant period
25    of incarceration.  And I certainly would plead with Your

1  Honor for 135 months incarceration in this case.  And that's
2  our argument to the Court.
3         THE COURT:  Anything your client wants to say?
4         THE DEFENDANT:  Yes.
5         THE COURT:  Go ahead, sir.
6         THE DEFENDANT:  First of all, before anything I
7  would like to thank God for the amount of time of life that
8  he has given us.  Your Honor, I am here remorseful from the
9  bottom of my heart for the crime that I've committed.  Also,
10 I also ask this county, the United States, to forgive me for
11 the mistake that I made.
12         Thank you.
13         THE COURT:  All right.  Probation department?
14         PROBATION:  Nothing further, Your Honor.
15         THE COURT:  The government, aggravation or
16 mitigation?
17         MR. HALL:  I can speak for her, Judge, if that's
18 okay.
19         THE COURT:  I think we'll let her talk.
20         MS. CASTENADA:  Thank you, Your Honor.  This is
21 the same case as the prior defendant.  The amounts are the
22 same, 675 kilograms.  The defendant was cooperative.  He did
23 speak with the government.  We recommend pursuant to the plea
24 agreement a low end of the guideline range.
25         THE COURT:  Okie doke.

1              And again there's no opportunity for cooperation?
2              MS. CASTENADA:  No.
3              THE COURT:  Okay.  Rebuttal?
4              MR. HALL:  Thank you, Judge.  Twenty-four years old.  I think 135 would do it.  If you want to go lower, but certainly 135 at the most.  I would ask you, Judge, to give him that.
8              Have you had a 24-year-old captain?  You have?
9              THE COURT:  I've had them younger.  That's all right.  It's your first time with a 24-year-old.
11             Well, your father was lost at sea, and you knew what you were doing when you got on that vessel.
13             You knew that you were going to bring poison into the United States.  And you didn't care because there was money going to be paid to you, a man who earned his living as a cook and a fisherman.  And I'm not second guessing how difficult the situation is for you.  You've never married.  You have no children.  That's to your credit.
19             But you're fool hardy.  I had a young man here in front of me just about your age, maybe a couple years younger.  And he was terrified to find out that if they had completed their mission, he would have been murdered.
23             So he gambled to be at sea and could have been lost at sea in the waves on one of these vessels, but if he had reached his destination, he thought they were going to

1  make sure he got back home.  They were going to murder him.
2  And the ones that did make it, were murdered.
3            You know, there's an old expression.  Young and
4  foolish.
5            They don't care what happens to you.  The money
6  up front you got is all you're going to get for your family
7  or whoever is holding the money.  You need to smarten up and
8  take advantage of being here and being alive.
9            Do you understand me?
10           THE DEFENDANT:  Yes.
11           THE COURT:  Now, we're going to try to help you
12  get some education, but once you go back home, once you're
13  deported, don't you have come back again.  Do we understand
14  each other?
15           THE DEFENDANT:  Yes.
16           THE COURT:  And unfortunately you got more money
17  because you were the captain, but you paid the price for it.
18           The Court having asked the Defendant why judgment
19  should not now be pronounced, and after hearing the
20  defendant's response, the Court having found no cause to the
21  contrary and the parties having made statements on their
22  behalf or having waived the opportunity to do so, the Court
23  having reviewed the presentence report and advisory
24  guidelines, pursuant to Title 18 United States Code Section
25  3551 and 3553, it's the judgment of the Court that the

1  defendant, Jose Luis Lopez Saucedo is hereby committed to the
2  custody of the Bureau of Prisons to be imprisoned for a term
3  of 168 months, credit for time served.  Your request for a
4  variance is denied.
5          Upon release from imprisonment you shall serve a
6  five-year term of supervised release.
7          While on supervised release you shall comply with
8  the standard conditions adopted by the Court in the Middle
9  District of Florida.
10         In addition, you shall comply with the following
11 special conditions:
12         If the defendant is deported, he shall not
13 reenter the United States without the express permission of
14 the appropriate governmental authority.
15         The defendant having been convicted of a
16 qualifying felony shall cooperate in the collection of DNA as
17 directed by the probation officer.
18         The mandatory drug testing requirements of the
19 Violent Crime Control Act are imposed.
20         The Court orders the defendant to submit to
21 random drug testing not to exceed 104 tests per year.  Based
22 on the financial status of the defendant Court waives
23 imposition of a fine.
24         Further ordered that the defendant shall pay the
25 United States a special assessment of $100, which shall be

```
 1   due immediately.
 2              After considering the advisory sentencing
 3   guidelines and all of the factors identified in Title 18,
 4   United States Code Section 3353(a)(1) through (7), the Court
 5   finds that the sentence imposed is sufficient but not greater
 6   than necessary to comply with the statutory purposes of
 7   sentencing.  Court finds the sentence to be reasonable and
 8   adequate.
 9              The Court's accepted the plea agreement, is
10   satisfied the agreement adequately reflects the seriousness
11   of the actual offense behavior.  Accepting the plea agreement
12   will not undermine the purposes of the sentencing.  Under the
13   plea agreement defendant entered a guilty plea to Count I in
14   return for dismissal of Count II.  Ordered Count II of the
15   indictment be dismissed.
16              The Court having pronounced sentence, does
17   counsel for the defendant or Government have any objections
18   to the sentence or to the manner in which the Court
19   pronounced sentence, other than those previously stated for
20   the record?  Mr. Hall?
21              MR. HALL:  No, Judge.
22              THE COURT:  Any from you, Ms. Castaneda?
23              MS. CASTENADA:  No, Your Honor.
24              THE COURT:  The defendant is hereby remanded to
25   the custody of U.S. Marshal to await designation by the
```

```
 1   Bureau of Prisons.
 2             To the extent permitted by your plea agreement
 3   you have the right of appeal from the judgment and sentence
 4   within 14 days from this date.  Failure to appeal within the
 5   14-day period shall be a waiver of your right to appeal.  The
 6   government may file an appeal from this sentence.  You are
 7   also advised that you are entitled to assistance of counsel
 8   in taking an appeal, and if you are unable to afford a
 9   lawyer, one will be provided for you.
10             If you are unable to afford the filing fee, the
11   Clerk of the Court will be directed to accept the Notice of
12   Appeal without such fee.
13             And I forgot on the last one -- I'm going to put
14   it in this one.  Defendant has come into the United States --
15   has been paroled into the United States -- defendant was
16   legally paroled into the United States.  It goes on both of
17   them.  I have to put it on both of them.
18             Put down here on number five.  Defendant legally
19   paroled into U.S.A.
20             Okay.  Now, the first thing, no previous -- he's
21   had certain gastroenteritis problems.  Probably eating too
22   much spicy food.
23             First choice, Fort Dix?
24             MR. HALL:  Yes.
25             THE COURT:  Fort Dix, New Jersey.  What's your
```

```
 1    second choice?
 2              MR. HALL:  I would think Jesup, Georgia.
 3              THE COURT:  Okay.  Number one, medical exam for
 4    gastrointestinal problems.  Defendant needs special diet.
 5              Now, you have already started to develop
 6    problems.  Listen what I'm telling you.  You've got to stay
 7    away from spicy food.  All that's going to do is tear up your
 8    guts.  You've already got a problem that's developed.
 9              Okay?  You hear what I'm telling you?  You got to
10    have a doctor look at that.
11              Number two, provide education reading, writing,
12    and speaking English language.
13              Provide all necessary elementary and all
14    secondary education.  Then procure GED.
15              Number three, are you afraid of electricity?
16              THE DEFENDANT:  Yes.
17              THE COURT:  You are afraid of it?  That means you
18    don't like to be around it?
19              THE DEFENDANT:  That's fine.
20              THE COURT:  Is it okay?  All right.  Vocational
21    education in electrical trade.
22              Welding, HVAC, refrigeration, plumbing, small
23    business administration and computers related to trades.
24    Okay.
25              Then I think number four will be this legally in
```

```
 1    the United States.
 2              All right.  Listen to me.  Don't waste a minute.
 3    You're in prison.  Get your education.  Get your GED.
 4    Then -- then they will let you go into the vocational trades.
 5    Study all these trades, because when you come out, you can go
 6    to the biggest hotels back home.  You can speak English and
 7    work in the maintenance department of all of these hotels to
 8    keep the hotel running because you can do all these trades.
 9              You'll make good money doing that and be able to
10    send money home to your family if you want to do that.  You
11    should be able to get married, have children, because you'll
12    have a good job.  Do you understand me?
13              THE DEFENDANT:  Yes.
14              THE COURT:  All right. And if you learn these
15    trades and small business administration, you can open up
16    your own store in plumbing and electricity.  Those are free
17    standing trades.
18              Understand me?
19              THE DEFENDANT:  Yes.
20              THE COURT:  You're going to get education here
21    you wouldn't have gotten at home.  Okay?  What did I leave
22    out, Alec?
23              MR. HALL:  You got it all, Judge.
24              THE COURT:  Anything else from you, Rebecca?
25              MS. CASTENADA:  No.
```

```
 1              PROBATION:  No, Your Honor.
 2              THE COURT:  I wish you well in the future.  Be
 3    smart.  If you've got any information for the government,
 4    it's never going to be fresher than it is right now.  Too
 5    long goes by, it's stale.  If you've got something for the
 6    government that can help the government and help you, tell
 7    Mr. Hall.
 8              You tell Mr. Hall and he'll tell the government
 9    to have your sentence reduced.  Comprende?
10              THE DEFENDANT:  Yes.
11              THE COURT:  I wish you well.  Take care of
12    yourself.  You're excused.
13              (Proceeding concluded at 12:08 p.m.)
14              I CERTIFY that the foregoing is a true and
15    accurate transcription of my stenographic notes.
16    Dated:  02/14/2019.
17
                         ___s/ Sandra K. Provenzano_____
18                       SANDRA K. PROVENZANO, RPR
                         Official Court Reporter
19
20
21
22
23
24
25
```